FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:17-CR-2021-LRS |
| Plaintiff, | PROTECTIVE ORDER |
| v. | |
| MARTIN ALEJANDRO AMEZCUA-GUTIERREZ, | |
| Defendant. | |

The United States of America, having applied to this Court for a protective order regarding the disclosure of sensitive information to Defense Counsel in connection with the United States' Response to the Defendant's Motion to Suppress, and the Court finding good cause therefore, it is HEREBY ORDERED:

1. The United States' Motion for Protective Order is **GRANTED**.

2. As used herein, "Protected Information" means sensitive personal, business, and financial information of defendants and third parties, including for example, social security numbers, driver's license and identification information, taxpayer identification numbers, tax information and records, salary information, dates of birth, birth places, addresses, phone numbers, e-mail addresses, personal photographs, and financial and business account numbers and information.

3. Counsel for defendant (hereinafter "Defense Counsel") shall not share or provide any discovery items or exhibits produced by the United States in this case with anyone other than designated Defense Counsel, defense investigators, retained expert witnesses, and support staff. Defense Counsel may permit his respective defendant to view unredacted discovery items and Exhibits in the presence of Defense Counsel, defense

investigators, and support staff. Defense Counsel personally, or through Defense Counsel's investigators and support staff, may show unredacted discovery items and exhibits to witnesses in regard to items or events about which a witness may have personal knowledge. Defense Counsel and his investigators and support staff shall not allow his respective defendant or witnesses to copy Protected Information contained in the discovery or exhibits.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery and exhibits are now and will forever remain the property of the United States. At the conclusion of the case, Defense Counsel will return the discovery and exhibits to the United States or will certify that it has been shredded or destroyed. If the assigned Defense Counsel is relieved or substituted from the case, Defense Counsel will return the discovery and exhibits to the United States or certify that it has been shredded or destroyed.

5. Defense Counsel shall store the discovery and exhibits in a secure place and will use reasonable care to ensure that it is not disclosed to third persons contrary to the Protective Order.

6. Defense Counsel shall be responsible for advising his respective defendant, employees, witnesses, and other members of the defense team of the contents of this Protective Order.

7. This Protective Order shall also apply to any new Defense Counsel that may later become counsel of record in this case.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this 17th day of January, 2018.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Senior United States District Judge